

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00358-CV

| | | |
|---|---|---|
| Melvin Peyton | § | From the 342nd District Court of |
| | § | Tarrant County (342-255262-11) |
| v. | | |
| | § | April 3, 2014 |
| Van Nadarajah | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Melvin Peyton shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM